UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YAN WANG,

                Plaintiff,

  v.

UNTIED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

CASE NO. **2:23-cv-01117-TL**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 27th day of July, 2023.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge