UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAN WANG,<br><br>             Plaintiff,<br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>             Defendant. | CASE NO. 2:23-cv-01117-TL<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO SERVE DEFENDANT |

On July 27, 2023, Plaintiff Yan Wang filed a complaint against United States Citizenship & Immigration Services ("USCIS") seeking judicial review of the denial of an N400 application because Plaintiff "missed the hearing [for] which I never received the mail notification." Dkt. No. 1 at 1, 5. Plaintiff did not submit a request for summons to issue to Defendant. *See* Dkt. No. 1.

Under Rule 4 of the Federal Rules of Civil Procedure, "[a] summons . . . must be issued for each defendant to be served." Fed. R. Civ. P. 4(b). For any defendant whom a plaintiff fails to

ORDER TO SHOW CAUSE FOR FAILURE TO SERVE DEFENDANT - 1

serve within 90 days after filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id*. at 4(m). To serve a United States agency, a plaintiff must additionally follow Rule 4(i). *See* Fed. R. Civ. P. 4(i). Proof of service in this case was due by no later than October 25, 2023.

While the Court acknowledges that Plaintiff is proceeding *pro se* (without an attorney), all litigants are required to comply with Court and procedural rules.

The Court therefore ORDERS Plaintiff to file either proof of service or waiver, or to show cause why service has not been completed **within fourteen (14) days of this Order** (*i.e.*, **November 16, 2023**).

Dated this 2nd day of November 2023.

Tana Lin
United States District Judge