UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAN WANG,<br><br>     Plaintiff,<br> v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>     Defendant. | CASE NO. 2:23-cv-01117-TL<br><br>ORDER ON MOTION FOR DEFAULT JUDGMENT |

  This matter is before the Court on Plaintiff Yan Wang's Motion for Default Judgment. Dkt. No. 11. Pursuant to the Court's previous Order on Plaintiff's proof of service (Dkt. No. 10), the Court DENIES the motion.

  On March 15, 2024, the Court issued an Order on Plaintiff's proof of service. *Id.* As the Court explained in that Order, Plaintiff has not completed service on Defendant United States Citizenship & Immigration Services ("USCIS"). *Id.* at 2. Plaintiff must serve USCIS via registered or certified mail as required by Rule 4(i)(2) and must also serve the United States

pursuant to Rule 4(i)(2). *See id.* As Defendant has not yet been properly served, the Court DENIES Plaintiff's motion without prejudice.

As previously ordered, Plaintiff must provide proof of service consistent with the requirements of Rule 4(i)(2) and (i)(1)(A)(B) **by no later than April 15, 2024**.

Dated this 26th day of March 2024.

Tana Lin
United States District Judge

ORDER ON MOTION FOR DEFAULT JUDGMENT - 2