UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAN WANG,<br><br>                Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                Defendant. | CASE NO. 2:23-cv-01117-TL<br><br>ORDER GRANTING MOTION FOR SERVICE BY THE UNITED STATES MARSHAL |

      This matter is before the Court on Plaintiff's Motion for Service of Summons by the United States Marshal Service. Dkt. No. 16. Plaintiff is proceeding in this matter *in forma pauperis* and seeks assistance with service of the Summons and Complaint on the United States.

      As the Court has previously explained, the rule governing service of process on U.S. government agencies such as the United States Citizenship and Immigration Services ("USCIS") requires plaintiffs to serve both the agency itself and the United States. *See* Dkt. No. 10 at 2 (citing Fed. R. Civ. P. 4(i)(1)–(2)). Plaintiff has properly served USCIS (*see* Dkt. No. 13), but has not yet completed service on the United States as required by Rule 4(i).

Federal Rule of Civil Procedure 4(c)(3) provides: "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916." The rule authorizes the Court to order service by the Marshal or by a person specially appointed by the court when requested and mandates it for plaintiffs proceeding *in forma pauperis* under 28 U.S.C. § 1915.

As Plaintiff was granted leave to proceed *in forma pauperis* (Dkt. No. 3), the Court hereby ORDERS:

(1) Plaintiff's Motion for Service by the Court (Dkt. No. 16) is granted.

(2) The U.S. Marshal Service shall deliver the following to the United States Attorney for the Western District of Washington:

    (a) a copy of the Complaint (Dkt. No. 4);

    (b) a copy of this Order; and

    (c) a copy of the Summons.

(3) The U.S. Marshal Service shall send by registered or certified mail the following to the Attorney General of the United States at Washington, D.C.:

    (a) a copy of the Complaint (Dkt. No. 4);

    (b) a copy of this Order; and

    (c) a copy of the Summons.

(4) The Clerk of the Court shall prepare the documents necessary for the Marshal Service to effectuate service.

(5) Upon completion of service, the U.S. Marshal Service shall file a return of service on the docket.

The current deadline for Plaintiff to file proof of service (Dkt. No. 15) is hereby stricken.

Dated this 23rd day of May 2024.

                                                Tana Lin
                                                United States District Judge

ORDER GRANTING MOTION FOR SERVICE BY THE UNITED STATES MARSHAL - 3