District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| YANG WANG,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>      Defendant. | Case No. 2:23-cv-01117-TL<br><br>STIPULATED MOTION TO DISMISS AND REMAND AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>August 1, 2024 |

  Pro Se Plaintiff Yan Wang brought this action pursuant to 8 U.S.C. §1421(c), seeking de novo review of United States Citizenship and Immigration Services's ("USCIS") denial of her Form N-400, Application for Naturalization.  The parties have reached an agreement that will resolve this case in its entirety.

  The parties stipulate and move to dismiss this matter without prejudice, without fees or costs to either party, and request that this Court remand the matter to USCIS.  Once remanded, Plaintiff agrees to file a new N400 application with USCIS.  She further agrees to email undersigned counsel when she files the N400 application and provide counsel with the receipt number.  USCIS agrees to schedule Plaintiff's interview in relation to the newly filed N400 application within 60 days of receipt and expedite the processing of her application.

STIPULATED MOTION TO REMAND AND DISMISS
[Case No. 2:23-cv-01117-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

DATED this 1st day of August, 2024.

>Respectfully submitted,
>
>TESSA M. GORMAN
>United States Attorney
>
>*s/ Michelle R. Lambert*
>MICHELLE R. LAMBERT, NYS #4666657
>Assistant United States Attorney
>United States Attorney's Office
>1201 Pacific Avenue, Suite 700
>Tacoma, Washington 98402
>Phone: (253) 428-3824
>Fax:    (253) 428-3826
>Email:  michelle.lambert@usdoj.gov
>
>*Attorneys for Defendant*
>
>**I certify that this memorandum contains 147 words, in compliance with the Local Civil Rules.**
>
>_____
>YAN WANG
>14739 180th Place SE
>Renton, Washington 98059
>Phone: 425-625-7999
>Email:  yanwmandy@gmail.com
>Pro Se Plaintiff

STIPULATED MOTION TO REMAND AND DISMISS
[Case No. 2:23-cv-01117-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

This matter is dismissed without prejudice and without fees or costs to either party. The case is remanded to United States Citizenship and Immigration Services ("USCIS"). Plaintiff shall file a new N400 application and notify Defendant's counsel of the filing and provide the receipt number. USCIS shall schedule Plaintiff's interview in relation to the new N400 application within 60 days of its receipt. USCIS further agrees to expedite the processing of the N400 application. It is so **ORDERED**.

Dated this 2nd day of August 2024.

Tana Lin
United States District Judge

STIPULATED MOTION TO REMAND AND DISMISS
[Case No. 2:23-cv-01117-TL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify that on today's date, I arranged for service of the foregoing on the following non-CM/ECF participant, via Certified Mail with return receipt, postage prepaid, addressed as follows:

> Yang Wang, *Pro Se Plaintiff*
> 14739 180th Pl Se
> Renton, WA 98059

DATED this 1st day of August, 2024.

> *s/ Stephanie Huerta-Ramirez*
> STEPHANIE HUERTA-RAMIREZ, Legal Assistant
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, WA  98101
> Phone: (206) 553-7970
> Fax:    (206) 553-4073
> Email:  Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION TO REMAND AND DISMISS
[Case No. 2:23-cv-01117-TL] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800